# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER LINARES,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>Respondent. | Case No. CV 21-01183-SSS (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered **DISMISSING** the Petition **WITH PREJUDICE**.

Date: December 16, 2022

_____
SUNSHINE S. SYKES
United States District Judge