JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER LINARES, Petitioner, v. KEN CLARK, Warden, Respondent. | Case No. CV 21-01183-SSS (DFM) **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is **DISMISSED WITH PREJUDICE**.

Date: December 16, 2022

_____
SUNSHINE S. SYKES
United States District Judge